UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:06CR-127-H

UNITED STATES OF AMERICA          PLAINTIFF

V.

MICHAEL CHRISTOPHER BENNETT          DEFENDANT

**MEMORANDUM AND ORDER**

Defendant has moved to dismiss or exclude the charges under 18 U.S.C. § 924(e)(1) concerning the Armed Career Criminal Act ("ACCA").

Defendant argues that the Kentucky statute for second degree escape does not constitute a violent felony for purposes of the ACCA. Defendant asks for a ruling to that effect. Recently, the Sixth Circuit Court of Appeals decided a case on precisely this point. *United States v. Lancaster*, _____ F.3d _____, 2007 WL 2457448 (6th Cir. 2007). In *Lancaster*, the Sixth Circuit held that "a Kentucky state conviction for second-degree escape is a 'violent felony' for the purposes of the Armed Career Criminal Act . . . ." *Id.* at *1. Because this decision appears to completely resolve the issue at hand, no further discussion is necessary.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion to dismiss a charge or exclude from sentencing is DENIED.

cc:     Counsel of Record